CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY LEE, | ) | CASE NO. 7:16CV00413 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| HAROLD CLARKE, DIRECTOR | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| | ) | |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss (ECF No. 11) is **GRANTED**, and the petition for a writ of habeas corpus (ECF No. 1) under 28 U.S.C. § 2254 is **DISMISSED** as untimely filed. This action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 28th day of June, 2017.

/s/ Glen E. Conrad
Chief United States District Judge